IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 230
:
FINANCIAL INSTITUTIONS APPROVED : DISCIPLINARY RULES DOCKET
AS DEPOSITORIES FOR FIDUCIARY :
ACCOUNTS :
:
:

## ORDER

PER CURIAM

AND NOW, this 16th day of November, 2022, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.